UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| ANTONIO BEASLEY | ) |
| | ) Case No. 1:23-cv-141 |
| v. | ) |
| | ) Judge Travis R. McDonough |
| AMAZON.COM | ) |
| | ) Magistrate Judge Susan K. Lee |
| | ) |

**ORDER**

In accordance with the accompanying memorandum opinion:

(1) Beasley must prepay the entire $400.00 filing fee to proceed in this action;

(2) Beasley's motion for leave to proceed in forma pauperis (Doc. 4) will be **DENIED**;

(3) This action will be **DISMISSED** without prejudice to Beasley prepaying the filing fee pursuant to the three-strike rule of 28 U.S.C. § 1915(g);

(4) Because the Court has **CERTIFIED** in the memorandum that any appeal from this order would not be taken in good faith, should Beasley file a notice of appeal, he is **DENIED** leave to appeal in forma pauperis. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

(5) The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　s/ LeAnna R. Wilson
　CLERK OF COURT